P&P File # M252725

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| =============================== : | | |
| **PATRICIA JACKSON** | : | **2:09-cv-06028 (DMC)(MF)** |
| Plaintiff | : | APPLICATION FOR |
| | : | ADDITIONAL TIME TO |
| vs. | : | ANSWER MOVE OR |
| | : | RESPOND PURSUANT TO |
| **MIDLAND FUNDING** | : | **L.Civ.R. 6.1(c)** |
| **PRESSLER & PRESSLER, LLP,** | : | |
| Defendant | : | |
| =============================== : | | |

Application is hereby made for an Order extending the time within which defendant Pressler and Pressler, L.L.P. may answer, move or otherwise respond to the Complaint herein for 15 days, until February 4, 2010; and it is represented that:

1. Defendant was served with the Summons and Complaint on December 30, 2009.

2. The time for Defendant to answer, move or otherwise respond to the complaint would not be earlier than January 20, 2009; that time has not yet expired; and,

3. No prior application has been made.

4. This request is made without waiving any defenses, including the lack of personal jurisdiction and improper service of process.

Dated:  January 20, 2010

_____*s/Mitchell L. Williamson*_____
Mitchell L. Williamson, Esq.
Pressler and Pressler, L.L.P.
**Attorneys for Defendant, pro se**
7 Entin Road
Parsippany, New Jersey 07054
Telephone: (973) 753-5100 / Facsimile:  (973) 753-5353
mwilliamson@pressler-pressler.com

P&P File Number M201953

## **ORDER**

The Above Application is ORDERED GRANTED; the time within which Defendant may answer, move or otherwise respond to the Complaint is extended to February 4, 2010.

_____

(  ) U.S. District Judge

(  ) Clerk

(  ) Deputy Clerk