UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA JACKSON,<br><br>         Plaintiff,<br>v.<br><br>MIDLAND FUNDING,<br>PRESSLER & PRESSLER,<br><br>         Defendants. | Civil Action No. 09-6028 (DMC)<br><br>**ORDER** |

  **IT IS** on this 15th day of March 2010,

  **ORDERED** that there shall be an **in-person** status/scheduling conference before the Undersigned on **Tuesday, April 13, 2010** at the United States Post Office & Courthouse, 1 Federal Square, Newark, New Jersey.  The conference shall commence at **11:00 a.m.** and will continue for the duration of the day.  Individual clients with full settlement authority shall be available by telephone.  Any failure to comply with this Order may result in the imposition of sanctions.  See Fed. R. Civ. P. 16(f), 37.

                 s/Mark Falk
                 **MARK FALK**
                 **United States Magistrate Judge**